UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
NORTHERN DIVISION

| | |
|---|---|
| S&S EQUIPMENT & SUPPLY, LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 2:05CV0024-SNL |
| | ) |
| BOTKINS TRUCKING, L.L.C., | ) |
| | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is hereby dismissed pursuant to stipulation.

**IT IS FURTHER ORDERED** that all pending motions relating to this case are moot as a result of this dismissal.

Dated this __18th__ day of April, 2006.

_____
SENIOR UNITED STATES DISTRICT JUDGE